IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>SYLVIA BURGOS MARTINEZ<br><br><br>XXX-XX-0183<br><br><br>Debtor(s) | CASE NO. 08-00187 SEK<br>Chapter 13<br><br><br><br>FILED & ENTERED ON 11/23/2010 |

### ORDER DISMISSING CHAPTER 13 CASE

    Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b).  The case has not been previously converted.

    **WHEREFORE**, Debtor's request is granted and the case is hereby dismissed.

    The Clerk will close all proceedings, vacate any hearing date and notify this Order.

    San Juan, Puerto Rico, this 23 day of November, 2010.

                                                **Sara E. De Jesús Kellogg**
                                                  U.S. Bankruptcy Judge

c: ALL CREDITORS

   DEBTOR (S)
  ROBERTO FIGUEROA CARRASQUILLO
  ALEJANDRO OLIVERAS RIVERA