**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| IN THE MATTER OF: | |
|---|---|
| SYLVIA BURGOS MARTINEZ | CASE NO. 08-00187 SEK |
| | Chapter 13 |
| XXX-XX-0183 | |
| | FILED & ENTERED ON 01/05/2011 |
| Debtor(s) | |

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 11/23/2010. The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate. Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 05 day of January, 2011.

*/s/ Sara E. De Jesus Kellogg*
**Sara E. De Jesus Kellogg**
**U.S. Bankruptcy Judge**

cc: ALEJANDRO OLIVERAS RIVERA